# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| JAMES EDWARD COLUHOUN | Case Number: CR 14-29-1 |
| | USM Number: 47173-424 |
| ☐ **Revocation** of Probation | |
| ■ **Revocation** of Supervised Release | **Brian Dean Johnson** |
| ☐ **Modification** of Supervision Conditions | Defendant's Attorney |
| ☐ **AMENDED REVOCATION JUDGMENT** | |
| Date of Most Recent Judgment: | |

**THE DEFENDANT:**

■ admitted guilt to violation(s)     **2, 3, 4, 5a-c, 6, 7, 8, 9, 10a-b**     of the term of supervision.

■ was found in violation of     **1, 11**     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1-4 | Use of a Controlled Substance | 05/14/2021 |
| 5a-c, 10a-b | Failure to Participate in Substance Abuse Testing | 06/15/2022 |
| 6 | Failure to Maintain Employment | 06/16/2022 |
| 7 | Failure to Notify of Law Enforcement Contact | 05/21/2022 |
| 8 | Failure to Notify of Residence Change | 06/13/2022 |
| 9 | Failure to Truthfully Answer Inquiries | 06/13/2022 |
| 11 | Failure to Follow USPO Instructions | 06/20/2022 |

The defendant is sentenced as provided in pages 2 through  **3**  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant was not found in violation of  **12**  and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s)

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**Linda R. Reade**
**United States District Court Judge**
Name and Title of Judge

*/s/ Linda R. Reade*
Signature of Judge

**July 26, 2022**
Date of Imposition of Judgment

July 27, 2022
Date

DEFENDANT: **JAMES EDWARD COLUHOUN**
CASE NUMBER: **CR 14-29-1**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

☒ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **11 months**

☐ The court makes the following recommendations to the Federal Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **JAMES EDWARD COLUHOUN**
CASE NUMBER: **CR 14-29-1**

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.